AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

TPJ-IN DOCS
21-CR-258 PJS

| | |
|---|---|
| United States of America<br>v.<br>**JORDAN KENNETH STOTTS**<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00314<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 3/16/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

Code Section                                    Offense Description

18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

___Christopher S. Dudley, Special Agent___
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___03/16/2021___

_____
*Judge's signature*

City and state:    Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

SCANNED
DEC 16 2021
U.S. DISTRICT COURT MPLS

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Columbia

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | |
| JORDAN KENNETH STOTTS | ) | Case Number: 21-CR-272 (TJK) |
| | ) | USM Number: Not Assigned |
| | ) | Michelle M. Peterson |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   4 of the Information filed 4/2/2021

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 4 |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   1, 2, and 3   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/9/2021
Date of Imposition of Judgment

_[signature]_
Signature of Judge

Timothy J. Kelly, U.S. District Court Judge
Name and Title of Judge

11/10/21
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
　　　　　　　　　　Sheet 4—Probation

Judgment—Page __2__ of __7__

DEFENDANT: JORDAN KENNETH STOTTS
CASE NUMBER: 21-CR-272 (TJK)

## PROBATION

You are hereby sentenced to probation for a term of:

　　Twenty-four (24) months

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☑ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 4A — Probation

Judgment—Page 3 of 7

DEFENDANT: JORDAN KENNETH STOTTS
CASE NUMBER: 21-CR-272 (TJK)

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 4D — Probation

Judgment—Page 4 of 7

DEFENDANT: JORDAN KENNETH STOTTS
CASE NUMBER: 21-CR-272 (TJK)

## SPECIAL CONDITIONS OF SUPERVISION

You are ordered to make restitution to the Architect of the Capitol in the amount of $500. The court determined you do not have the ability to pay interest and therefore waives any interest or penalties that may accrue on the balance.

Restitution Obligation - You must pay the balance of any restitution owed at a rate of no less than $100 each month.

Financial Payment - You must pay the financial penalty in accordance with the Schedule of Payments sheet of the judgment. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Location Monitoring (Home Detention) —You shall serve 60 days in home detention in the Location Monitoring Program, and you shall be monitored by Radio Frequency (RF) Monitoring or GPS Monitoring and shall abide by all technology requirements. For the period of home detention, you shall remain at your place of residence, except for employment, education, religious services, medical or substance abuse or mental health treatment, attorney visits, court appearances, court obligations or other activities approved in advance by the Probation Office. The costs of participation in the location monitoring program are waived.

You must complete sixty (60) hours of community service. The probation officer will supervise the participation in the program by approving the program. You must provide written verification of completed hours to the probation officer.

The Court authorizes supervision and jurisdiction of this case to be transferred to the United States District Court for the District of Minnesota.

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 7

DEFENDANT: JORDAN KENNETH STOTTS
CASE NUMBER: 21-CR-272 (TJK)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 10.00 | $ 500.00 | $ | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order of percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capitol |  | $500.00 |  |
| Office of the Chief Financial Officer |  |  |  |
| Attn.: Kathy Sherrill, CPA |  |  |  |
| Ford House Office Building, Room H2-205 |  |  |  |
| Washington, DC 20515 |  |  |  |
| TOTALS | $ 0.00 | $ 500.00 |  |

☑ Restitution amount ordered pursuant to plea agreement $ 500.00

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑ the interest requirement is waived for the   ☐ fine   ☑ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 5A — Criminal Monetary Penalties

Judgment—Page 6 of 7

DEFENDANT: JORDAN KENNETH STOTTS
CASE NUMBER: 21-CR-272 (TJK)

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia.

AO 245B (Rev 09/19) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __7__ of __7__

DEFENDANT: JORDAN KENNETH STOTTS
CASE NUMBER: 21-CR-272 (TJK)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ __10.00__ due immediately, balance due

    ☐ not later than _____, or
    ☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☑ Special instructions regarding the payment of criminal monetary penalties:
The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Case Number
Defendant and Co-Defendant Names
*(including defendant number)*     Total Amount     Joint and Several Amount     Corresponding Payee, if appropriate

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

CAT A,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:21-cr-00272-TJK-1

Case title: USA v. STOTTS

Date Filed: 04/02/2021

Magistrate judge case number: 1:21-mj-00314-RMM

---

Assigned to: Judge Timothy J. Kelly

**Defendant (1)**

JORDAN KENNETH STOTTS   represented by   Michelle M. Peterson
FEDERAL PUBLIC DEFENDER FOR
THE DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208-7500 ext 125
Fax: (202) 208-7515
Email: shelli_peterson@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

40 U.S.C. 5104(e)(2)(G); VIOLENT
ENTRY AND DISORDERLY CONDUCT
ON CAPITOL GROUNDS; Parading,
Demonstrating, or Picketing in a Capitol
Building
(4)

**Disposition**

Case Transferred to U.S. District Court for
District of Minnesota on 12/8/2021.
Defendant sentenced to Twenty-four (24)
months of Probation (with conditions). $10
Special Assessment and Restitution in the
amount of $500.00.

**Highest Offense Level (Opening)**

Misdemeanor

**Terminated Counts**

18 U.S.C. 1752(a)(1); TEMPORARY
RESIDENCE OF THE PRESIDENT;
Entering and Remaining in a Restricted
Building or Grounds
(1)

**Disposition**

DISMISSED ON ORAL MOTION OF
THE GOVERNMENT

18 U.S.C. 1752(a)(2); TEMPORARY

DISMISSED ON ORAL MOTION OF

RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (2)

40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (3)

THE GOVERNMENT

DISMISSED ON ORAL MOTION OF THE GOVERNMENT

**Highest Offense Level (Terminated)**

Misdemeanor

**Complaints**

COMPLAINT in Violation of 18:1752(a)(1), (2) and 40:5104(e)(2)

**Disposition**

**Plaintiff**

USA     represented by     **Christopher Amore**
DOJ-USAO
District of New Jersey
970 Broad Street
Ste 700
Newark, NJ 07102
973-645-2757
Email: christopher.amore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2021 | 1 | SEALED COMPLAINT as to JORDAN KENNETH STOTTS (1). (Attachments: # 1 Statement of Facts) (zstd) [1:21-mj-00314-RMM] (Entered: 03/17/2021) |
| 03/16/2021 | 3 | MOTION to Seal Case by USA as to JORDAN KENNETH STOTTS. (Attachments: # 1 Text of Proposed Order)(zstd) [1:21-mj-00314-RMM] (Entered: 03/17/2021) |
| 03/16/2021 | 4 | ORDER granting 3 Motion to Seal Case as to JORDAN KENNETH STOTTS (1). Signed by Magistrate Judge Robin M. Meriweather on 03/16/2021. (zstd) [1:21-mj-00314-RMM] (Entered: 03/17/2021) |
| 03/19/2021 | 5 | Arrest Warrant Returned Executed on 3/19/2021. as to JORDAN KENNETH STOTTS. (bb) [1:21-mj-00314-RMM] (Entered: 03/23/2021) |
| 03/19/2021 |  | Case unsealed as to JORDAN KENNETH STOTTS (bb) [1:21-mj-00314-RMM] (Entered: 03/23/2021) |
| 03/19/2021 | 7 | Rule 5(c)(3) Documents Received as to JORDAN KENNETH STOTTS from US District Court for the District of Minnesota Case Number 21-mj-244 JTH (bb) [1:21-mj-00314-RMM] (Entered: 03/31/2021) |

| | | |
|---|---|---|
| 03/19/2021 | | Arrest of JORDAN KENNETH STOTTS (1) in District of Minnesota. (zpt) (Entered: 04/08/2021) |
| 03/30/2021 | 6 | NOTICE OF ATTORNEY APPEARANCE Christopher Amore appearing for USA. (Amore, Christopher) [1:21-mj-00314-RMM] (Entered: 03/30/2021) |
| 04/02/2021 | 8 | INFORMATION as to JORDAN KENNETH STOTTS (1) count(s) 1, 2, 3, 4. (zltp) (Entered: 04/05/2021) |
| 04/08/2021 | | ORAL MOTION to Appoint Counsel by JORDAN KENNETH STOTTS (1). (zpt) (Entered: 04/08/2021) |
| 04/08/2021 | | ORAL MOTION for Speedy Trial Waiver by USA as to JORDAN KENNETH STOTTS (1). (zpt) (Entered: 04/08/2021) |
| 04/08/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing/Arraignment as to JORDAN KENNETH STOTTS (1) Count 1,2,3,4 held on 4/8/2021. Not Guilty Plea entered by JORDAN KENNETH STOTTS (1) as to all counts. Oral Motion to Appoint Counsel by JORDAN KENNETH STOTTS (1) Heard and Granted. Government does not seek the Defendant's pretrial detention. Oral Motion by the Government for Speedy Trial Waiver as to JORDAN KENNETH STOTTS (1) Heard and Granted. Time between 4/8/2021 and 4/20/2021 (12 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X-T. Status Hearing set for 4/20/2021 at 02:45 PM in Telephonic/VTC before Judge Timothy J. Kelly. Bond Status of Defendant: Defendant Placed on Personal Recognizance; Court Reporter: FTR-Gold FTR Time Frame: CTRM 6 [1:12:41-1:44:50]; Defense Attorney: Tony Miles for Shelli Peterson; US Attorney: Jacob Steiner for Christopher Amore; Pretrial Officer: Shay Holman; (zpt) (Entered: 04/08/2021) |
| 04/08/2021 | | MINUTE ORDER as to JORDAN KENNETH STOTTS (1). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 4/8/2021. (zpt) (Entered: 04/08/2021) |
| 04/08/2021 | 11 | ORDER Setting Conditions of Release as to JORDAN KENNETH STOTTS (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on 4/8/2021. (Attachments: # 1 Appearance Bond) (zpt) (Entered: 04/08/2021) |
| 04/20/2021 | 13 | PROTECTIVE ORDER as to Jordan Kenneth Stotts: See Order for details. Signed by Judge Timothy J. Kelly on 04/20/2021. (lctjk3) (Entered: 04/20/2021) |
| 04/20/2021 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Status Conference as to JORDAN KENNETH STOTTS held on 4/20/2021. Defendant appeared by video. Speedy Trial Excludable (XT) started 4/20/2021 through 6/21/2021, in the interest of justice. VTC Status Conference set for 6/21/2021 at 10:30 AM before Judge Timothy J. Kelly. Bond Status of Defendant: Remains on Personal Recognizance; Court Reporter: Timothy Miller; Defense Attorney: Michelle M. Peterson; US Attorney: Christopher Amore. (zkh) (Entered: 04/20/2021) |
| 06/16/2021 | | Set/Reset Hearings as to JORDAN KENNETH STOTTS:Status Conference RESET for 6/25/2021 at 02:00 PM by VTC before Judge Timothy J. Kelly. (zcal) (Entered: 06/16/2021) |
| 06/24/2021 | 15 | Unopposed MOTION to Continue *and to Exclude Time Under the Speedy Trial Act* by USA as to JORDAN KENNETH STOTTS. (Attachments: # 1 Text of Proposed Order to |

| | | |
|---|---|---|
| | | Continue and Exclude Time Under the Speedy Trial Act)(Amore, Christopher) (Entered: 06/24/2021) |
| 06/24/2021 | | MINUTE ORDER as to JORDAN KENNETH STOTTS granting the Unopposed 15 Motion to Continue and Exclude Time Under the Speedy Trial Act. Upon consideration of the Unopposed 15 Motion, it is hereby ORDERED that the status hearing scheduled for June 25, 2021, is CONTINUED until July 13, 2021, at 10:00 a.m. It is further ORDERED that the status hearing scheduled for July 13, 2021, is converted to a change of plea hearing to be held via videoconference. It is further ORDERED that the parties shall submit the following materials to the Court at Kelly_Chambers@dcd.uscourts.gov by July 7, 2021: (i) any written plea agreement; (ii) any superseding indictment or information; (iii) for each count to which Defendant intends to plead guilty, (a) the elements of the offense, (b) the factual proffer Defendant is prepared to acknowledge, (c) the applicable statutory minimum and maximum penalty, and (d) the estimated Guidelines offense level and range; and (iv) if Defendant is not a United States citizen, written notice as to whether Defendant will be pleading guilty to an "aggravated felony" as defined by 8 U.S.C. § 1101(a), which would subject Defendant to mandatory deportation. It is further ORDERED that the time period from June 24, 2021 to July 13, 2021, is EXCLUDED under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., by consent of the parties. The Court finds for the reasons discussed in the 15 Motion, including the consent of the parties and Defendant's decision to enter a plea of guilty, that the ends of justice served by this continuance outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). Signed by Judge Timothy J. Kelly on 06/24/2021. (lctjk3) (Entered: 06/24/2021) |
| 06/24/2021 | 16 | MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACTby USA as to JORDAN KENNETH STOTTS. (See docket entry 15 to view document.) (zltp) (Entered: 07/01/2021) |
| 07/07/2021 | 17 | Unopposed MOTION to Continue *Plea Hearing*, Joint MOTION for Speedy Trial *exclusion of time* by JORDAN KENNETH STOTTS. (Peterson, Michelle) (Entered: 07/07/2021) |
| 07/09/2021 | | MINUTE ORDER as to JORDAN KENNETH STOTTS granting the Unopposed 17 Motion to Continue and Exclude Time Under the Speedy Trial Act. Upon consideration of the Unopposed 17 Motion, it is hereby ORDERED that the plea hearing scheduled for July 13, 2021 is CONTINUED to July 28, 2021 at 2:00 p.m. It is further ORDERED that the parties shall submit the following materials to the Court at Kelly_Chambers@dcd.uscourts.gov by July 21, 2021: (i) any written plea agreement; (ii) any superseding indictment or information; (iii) for each count to which Defendant intends to plead guilty, (a) the elements of the offense, (b) the factual proffer Defendant is prepared to acknowledge, (c) the applicable statutory minimum and maximum penalty, and (d) the estimated Guidelines offense level and range; and (iv) if Defendant is not a United States citizen, written notice as to whether Defendant will be pleading guilty to an "aggravated felony" as defined by 8 U.S.C. § 1101(a), which would subject Defendant to mandatory deportation. It is further ORDERED that after consideration of the specific circumstances of this case, including the consent of the parties and the Defendant's decision to enter a plea of guilty, that the ends of justice served by this continuance outweigh the best interests of the public and the Defendant in a speedy trial under 18 U.S.C. § 3161(h)(7)(A). Signed by Judge Timothy J. Kelly on 07/09/2021. (lctjk3) Modified to correct previous hearing date on 7/9/2021 (zkh). (Entered: 07/09/2021) |
| 07/28/2021 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: VTC Plea Agreement Hearing as to JORDAN KENNETH STOTTS held on 7/28/2021. Defendant appeared by video. Plea of GUILTY entered as to Count 4. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Sentencing Memoranda due by 10/26/2021. VTC Sentencing set for 11/9/2021 at 10:00 AM before Judge Timothy J. Kelly. Bond Status of Defendant: |

| | | |
|---|---|---|
| | | Remains on Personal Recognizance; Court Reporter: Timothy Miller; Defense Attorney: Michelle M. Peterson; US Attorney: Christopher Amore. (zkh) (Entered: 07/28/2021) |
| 07/28/2021 | 19 | PLEA AGREEMENT as to JORDAN KENNETH STOTTS. (zkh) (Entered: 07/28/2021) |
| 07/28/2021 | 20 | STATEMENT OF OFFENSE by USA as to JORDAN KENNETH STOTTS. (zkh) (Entered: 07/28/2021) |
| 07/28/2021 | 21 | SUBMISSION BY THE UNITED STATES IN SUPPORT OF GUILTY PLEA as to JORDAN KENNETH STOTTS. (zkh) (Entered: 07/28/2021) |
| 07/28/2021 | 22 | WAIVER of Trial by Jury as to JORDAN KENNETH STOTTS. Approved by Judge Timothy J. Kelly on 7/28/2021. (zkh) (Entered: 07/28/2021) |
| 10/26/2021 | 24 | SENTENCING MEMORANDUM by USA as to JORDAN KENNETH STOTTS (Amore, Christopher) (Entered: 10/26/2021) |
| 10/27/2021 | 25 | NOTICE *of Filing of Exhibit 1 to Sentencing Memo* by USA as to JORDAN KENNETH STOTTS re 24 Sentencing Memorandum (Amore, Christopher) (Entered: 10/27/2021) |
| 10/27/2021 | 26 | SENTENCING MEMORANDUM by JORDAN KENNETH STOTTS (Peterson, Michelle) (Entered: 10/27/2021) |
| 10/29/2021 | | MINUTE ORDER as to JORDAN KENNETH STOTTS: It is hereby ORDERED that the sentencing hearing scheduled for November 9, 2021, at 10:00 AM shall be held in person, in Courtroom 11. Signed by Judge Timothy J. Kelly on 10/29/2021. (lctjk3) (Entered: 10/29/2021) |
| 11/09/2021 | | Minute Entry for proceedings held before Judge Timothy J. Kelly: Sentencing held on 11/9/2021 as to JORDAN KENNETH STOTTS as to Count 4. Defendant sentenced to Twenty-four (24) months of Probation (with conditions). $10 Special Assessment and Restitution in the amount of $500.00. Counts 1, 2, and 3 DISMISSED ON ORAL MOTION OF THE GOVERNMENT. Bond Status of Defendant: Placed on Probation; Court Reporter: Janice Dickman; Defense Attorney: Michelle M. Peterson; US Attorney: Christopher Amore; Prob Officer: Carmen Newton. (zkh) (Entered: 11/09/2021) |
| 11/10/2021 | 34 | JUDGMENT as to JORDAN KENNETH STOTTS. Statement of Reasons Not Included. Signed by Judge Timothy J. Kelly on 11/10/2021. (zltp) (Entered: 11/19/2021) |
| 11/10/2021 | 35 | STATEMENT OF REASONS as to JORDAN KENNETH STOTTS. re 34 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Timothy J. Kelly on 11/10/2021. (zltp) (Entered: 11/19/2021) |
| 11/13/2021 | 33 | TRANSCRIPT OF PROCEEDINGS in case as to JORDAN KENNETH STOTTS before Judge Timothy J. Kelly held on November 9, 2021; Page Numbers: 1-41. Date of Issuance: November 13, 2021. Court Reporter: Janice Dickman, Telephone number: 202-354-3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | | |
|---|---|---|---|
| | | | Redaction Request due 12/4/2021. Redacted Transcript Deadline set for 12/14/2021. Release of Transcript Restriction set for 2/11/2022.(Dickman, Janice) (Entered: 11/13/2021) |
| 12/08/2021 | | 37 | Probation Jurisdiction Transferred to U.S. District Court for District of Minnesota as to JORDAN KENNETH STOTTS Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. Ordered by Judge Timothy J. Kelly on 11/9/2021. (Attachments: # 1 Information, # 2 Judgment)(zltp) (Entered: 12/15/2021) |
| 12/08/2021 | | | Notice to U.S. District Court for District of Minnesota of a Transfer of Jurisdiction as to JORDAN KENNETH STOTTS. Your case number is: 0:21-cr-00258-PJS-1. The clerk will transmit any restricted document via email. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: 37 Transfer Out/Probationer, 34 Judgment, 8 Information - Felony. (If you require certified copies of any documents, please send a request to DCD_CMECF_CR@DCD.USCOURTS.GOV. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (zltp) (Entered: 12/15/2021) |