Prob 35
(Rev.3/97)

Report and Order Terminating Supervision
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

                              Plaintiff,

     v.                                    Docket No. 0864 0:21CR00258-001(PJS)

Jordan Stotts,

                              Defendant.

On November 9, 2021, the above defendant was placed on supervision for a period of 24 months. This defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that this defendant be discharged from supervision.

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in the case be terminated.

Dated this  1st  Day of  June  , 2023

                                                     Honorable Patrick J. Schiltz
                                                     Chief U.S. District Judge